AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hinkle, Robert L. | U.S. District Court, N.D. Fla. | 05/15/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2008 to 12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 111 N. Adams Street<br>Tallahassee, Florida 32301 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 22 A 11:09 FINANCIAL DISCLOSURE OFFICE

Hinkle_Robert_L

| Name of Person Reporting | Date of Report |
|---|---|
| Hinkle, Robert L. | 05/15/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Duke Law School | 4/6/09 -- 4/8/09 | Durham, NC | Judged moot court; taught | Travel, food, and lodging |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3 | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hinkle, Robert L.      -   | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Capital City Bank | A | Interest | K | T | | | | | |
| 2. Berkshire Hathaway | | None | O | T | | | | | |
| 3. Fidelity Natl Info Svs | A | Dividend | J | T | | | | | |
| 4. ChoicePoint, Inc. | | None | | | Sold | 9/19 | K | E | |
| 5. National Retail Pptys Inc. | D | Dividend | M | T | Transferred (from line 8) | 12/11 | K | | |
| 6. Crawford & Company Class B | | None | J | T | | | | | |
| 7. Equifax, Inc. | A | Dividend | J | T | | | | | |
| 8. Flagler Holdings, Inc. | A | Dividend | M | U | | | | | |
| 9. International Flavors and Fragrances, Inc. | A | Dividend | J | T | | | | | |
| 10. Kimberly-Clark Corporation | A | Dividend | J | T | | | | | |
| 11. Bank NY Mellon Corp. | A | Dividend | K | T | | | | | |
| 12. Southern Company | A | Dividend | J | T | | | | | |
| 13. US Bancorp | C | Dividend | K | T | Transferred (from line 8) | 12/11 | J | | |
| 14. WM Wrigley Jr. Co. | A | Dividend | | | Sold | 10/7 | K | E | |
| 15. Wrigley William Jr Co B (WWYWB) | A | Dividend | | | Sold | 10/7 | K | E | |
| 16. IRA (assets also listed separately) | E | Dividend | O | T | | | | | |
| 17. National Retail Pptys Inc (NNN) (in IRA) | D | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | I11 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hinkle, Robert L. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Diamonds Trust Series 1 (held in IRA) | D | Dividend | L | T | | | | | |
| 19. Midcap SPDR TR SER 1 (held in IRA) | B | Dividend | L | T | | | | | |
| 20. IRA 2 (asset also listed separately) | B | Dividend | K | T | | | | | |
| 21. AMCAP FUND (held in IRA 2) | B | Dividend | K | T | | | | | |
| 22. Merrill Lynch Cash/Money Fund | B | Interest | L | T | | | | | |
| 23. Merrill Lynch Cash/Money Fund (held in IRA) | A | Interest | J | T | | | | | |
| 24. St. Johns County Florida W&S matures 6/1/10 | B | Interest | L | T | | | | | |
| 25. Phoenix Home Life (life insurance) | D | Dividend | N | T | | | | | |
| 26. Sovereign Bk Wyomissing PA (CD) (in IRA) | B | Interest | | | Redeemed | 3/24 | K | | |
| 27. First Bk PR Santurce PR (CD) (in IRA) | A | Interest | | | Redeemed | 1/8 | K | | |
| 28. Merrill Lynch Bk Salt Lake City (CD) (in IRA) | A | Interest | | | Redeemed | 1/3 | K | | |
| 29. Banco Pop PR Hato Rey PR (CD) (in IRA) | A | Interest | | | Redeemed | 1/3 | K | | |
| 30. ISHARES S&P small cap 600 (in IRA) | B | Dividend | L | T | | | | | |
| 31. ISHARES MSCI EAFE Index Fund (in IRA) | D | Dividend | M | T | | | | | |
| 32. Allied Irsh Bks Spnd Adr | | None | J | T | Transferred (from line 8) | 12/11 | J | | |
| 33. Allscripts-Misys Health | | None | J | T | Transferred (from line 8) | 12/11 | J | | |
| 34. Avatar Hldgs Inc | | None | J | T | Transferred (from line 8) | 12/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hinkle, Robert L. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Bank of America Corp | | None | J | T | Transferred (from line 8) | 12/11 | J | | |
| 36. Brilliance China Spn Adr | | None | J | T | Transferred (from line 8) | 12/11 | J | | |
| 37. Comcast Corp New CL A | | None | J | T | Transferred (from line 8) | 12/11 | J | | |
| 38. Cogdell Spencer Inc | | None | J | T | Transferred (from line 8) | 12/11 | J | | |
| 39. Cerner Corp Com | | None | J | T | Transferred (from line 8) | 12/11 | J | | |
| 40. Devry Inc Del | | None | J | T | Transferred (from line 8) | 12/11 | J | | |
| 41. El Paso Corporation | | None | J | T | Transferred (from line 8) | 12/11 | J | | |
| 42. Harris & Harris Group | | None | J | T | Transferred (from line 8) | 12/11 | J | | |
| 43. Keycorp New Com | | None | J | T | Transferred (from line 8) | 12/11 | J | | |
| 44. Lender Processing Serv-Inc | A | Dividend | J | T | Spinoff (from line 3) | 7/10 | J | | |
| 45. Pulte Homes Inc Com | | None | J | T | Transferred (from line 8) | 12/11 | J | | |
| 46. Realty Incm CRP MD PV$1 | | None | J | T | Transferred (from line 8) | 12/11 | J | | |
| 47. Teco Energy Inc | | None | J | T | Transferred (from line 8) | 12/11 | J | | |
| 48. Toll Bros Inc Com | | None | J | T | Transferred (from line 8) | 12/11 | J | | |
| 49. USG Corp Com New | | None | J | T | Transferred (from line 8) | 12/11 | J | | |
| 50. Capital One Bk (CD) (in IRA) | C | Interest | L | T | Buy | 1/23 | L | | |
| 51. Huntington Natl Bk (CD) (in IRA) | C | Interest | L | T | Buy | 1/23 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hinkle, Robert L. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. GE Money Bank (CD) (in IRA) | | None | L | T | Buy | 12/30 | L | | |
| 53. GE Capital Fincl Inc (CD) (in IRA) | A | Interest | | | Buy | 5/28 | L | | |
| 54. GE Capital Fincl Inc (CD) (in IRA) | A | Interest | | | Redeemed | 11/28 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hinkle, Robert L. | 05/15/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature  5/15/09

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544